UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FALSONE,<br><br>                    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>                    Defendant. | Civil Action No. 1:15-CV-00493<br><br>**JOINT STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Ally Financial, Inc., ("Ally") and Plaintiff Joe Falsone, by and through their respective counsel, being parties to this action, hereby jointly stipulate, through their undersigned counsel and subject to the approval of the Court, that all claims have been settled through Arbitration and are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees, and waiving all rights of appeal.

Dated: April 10, 2018                                     Respectfully Submitted,

| | |
|---|---|
| TROUTMAN SANDERS LLP | KIMMEL & SILVERMAN, P.C. |
| By:  /s/ *Jason E. Manning*<br>Jason E. Manning<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 687-7564<br>E-Mail: jason.manning@troutman.com<br>*Counsel for Defendant* | By:  /s/ *Craig Thor Kimmel*<br>Craig Thor Kimmel<br>KIMMEL & SILVERMAN, P.C.<br>30 E. Butler Pike<br>Amber, PA 19002<br>Telephone: (215) 540-8888<br>E-Mail: kimmel@creditlaw.com<br>*Counsel for Plaintiff* |

1

34837346

CERTIFICATE OF SERVICE

I certify that on the 10th day of April, 2018, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of the Court using the ECF system, which will send notification of such filing to:

>   Craig Thor Kimmel
>   KIMMEL & SILVERMAN, P.C.
>   30 E. Butler Pike
>   Amber, PA 19002
>   kimmel@creditlaw.com

Dated:  April 10, 2018

>   By:   /s/ *Jason E. Manning*
>   Jason E. Manning
>   TROUTMAN SANDERS LLP
>   222 Central Park Avenue
>   Virginia Beach, Virginia 23462
>   Telephone: (757) 687-7564
>   E-Mail: jason.manning@troutmansanders.com
>   *Counsel for Defendant*

34837346